**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77   **Title:** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.134.1.43 | 5/24/2012 6:03 | Bakersfield | CA | Bright House Networks | BitTorrent |
| 2 | 174.134.126.166 | 5/20/2012 15:40 | Bakersfield | CA | Bright House Networks | BitTorrent |
| 3 | 174.134.129.40 | 5/2/2012 8:17 | Bakersfield | CA | Bright House Networks | BitTorrent |
| 4 | 174.134.134.145 | 4/17/2012 2:56 | Bakersfield | CA | Bright House Networks | BitTorrent |
| 5 | 97.71.41.116 | 4/17/2012 9:37 | Bakersfield | CA | Bright House Networks | BitTorrent |
| 6 | 75.128.68.199 | 4/9/2012 11:15 | Porterville | CA | Charter Communications | BitTorrent |
| 7 | 70.89.9.226 | 4/11/2012 20:29 | Lemoore | CA | Comcast Business Communications | BitTorrent |
| 8 | 24.2.47.251 | 5/11/2012 5:35 | Fair Oaks | CA | Comcast Cable | BitTorrent |
| 9 | 24.23.4.212 | 5/7/2012 4:16 | Oroville | CA | Comcast Cable | BitTorrent |
| 10 | 24.23.9.129 | 5/6/2012 1:52 | Chico | CA | Comcast Cable | BitTorrent |
| 11 | 24.7.133.25 | 5/21/2012 7:35 | Visalia | CA | Comcast Cable | BitTorrent |
| 12 | 67.169.228.142 | 3/29/2012 15:47 | Yuba City | CA | Comcast Cable | BitTorrent |
| 13 | 67.172.119.143 | 3/16/2012 12:25 | North Highlands | CA | Comcast Cable | BitTorrent |
| 14 | 67.181.137.141 | 4/9/2012 4:40 | Fresno | CA | Comcast Cable | BitTorrent |
| 15 | 67.181.213.90 | 5/14/2012 3:56 | Fresno | CA | Comcast Cable | BitTorrent |
| 16 | 67.182.16.182 | 4/2/2012 16:03 | Tulare | CA | Comcast Cable | BitTorrent |
| 17 | 67.182.176.236 | 5/9/2012 6:52 | Chico | CA | Comcast Cable | BitTorrent |
| 18 | 67.182.54.245 | 5/10/2012 10:48 | Fresno | CA | Comcast Cable | BitTorrent |
| 19 | 71.197.95.20 | 5/12/2012 22:16 | Roseville | CA | Comcast Cable | BitTorrent |
| 20 | 76.20.16.74 | 5/21/2012 9:37 | Fair Oaks | CA | Comcast Cable | BitTorrent |
| 21 | 98.208.93.178 | 5/9/2012 9:04 | Paradise | CA | Comcast Cable | BitTorrent |
| 22 | 98.224.72.12 | 5/13/2012 8:30 | Fresno | CA | Comcast Cable | BitTorrent |
| 23 | 98.255.81.64 | 5/17/2012 21:52 | Carmichael | CA | Comcast Cable | BitTorrent |

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 24 | 173.85.204.53 | 5/17/2012 15:54 | Elk Grove | CA | Frontier Communications | BitTorrent |
| 25 | 184.12.238.26 | 5/9/2012 13:53 | Mcarthur | CA | Frontier Communications | BitTorrent |
| 26 | 184.8.26.118 | 5/24/2012 7:05 | Susanville | CA | Frontier Communications | BitTorrent |
| 27 | 66.75.66.123 | 5/14/2012 0:56 | Palmdale | CA | Road Runner | BitTorrent |
| 28 | 98.151.199.250 | 5/22/2012 7:27 | Canyon Country | CA | Road Runner | BitTorrent |
| 29 | 206.162.232.84 | 5/22/2012 7:20 | Hanford | CA | Unwired Broadband | BitTorrent |
| 30 | 64.203.114.37 | 4/15/2012 0:03 | Fresno | CA | Unwired Broadband | BitTorrent |
| 31 | 173.75.107.59 | 4/26/2012 17:11 | Reedley | CA | Verizon Internet Services | BitTorrent |
| 32 | 76.14.183.156 | 5/6/2012 16:03 | Woodland | CA | Wave Broadband | BitTorrent |