Doe #1

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/24/2012 06:03:15 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/24/2012 06:03:15 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/24/2012 06:03:15 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/24/2012 06:03:15 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/24/2012 06:03:15 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/24/2012 06:03:15 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/24/2012 06:03:15 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/24/2012 06:03:15 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/24/2012 06:03:15 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/24/2012 06:03:15 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/24/2012 06:03:15 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/24/2012 06:03:15 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/24/2012 06:03:15 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/24/2012 06:03:15 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/24/2012 06:03:15 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/24/2012 06:03:15 |

**Total Statutory Copyright Infringements for Doe #1:  16**

Doe #2

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/20/2012 15:40:45 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/20/2012 15:40:45 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/20/2012 15:40:45 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/20/2012 15:40:45 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/20/2012 15:40:45 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/20/2012 15:40:45 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/20/2012 15:40:45 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/20/2012 15:40:45 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/20/2012 15:40:45 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/20/2012 15:40:45 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/20/2012 15:40:45 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/20/2012 15:40:45 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/20/2012 15:40:45 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/20/2012 15:40:45 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/20/2012 15:40:45 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/20/2012 15:40:45 |

**Total Statutory Copyright Infringements for Doe #2:  16**

Doe #3

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/02/2012 08:17:35 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/02/2012 08:17:35 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/02/2012 08:17:35 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/02/2012 08:17:35 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/02/2012 08:17:35 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/02/2012 08:17:35 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/02/2012 08:17:35 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/02/2012 08:17:35 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/02/2012 08:17:35 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/02/2012 08:17:35 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/02/2012 08:17:35 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/02/2012 08:17:35 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/02/2012 08:17:35 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/02/2012 08:17:35 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/02/2012 08:17:35 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/02/2012 08:17:35 |

**Total Statutory Copyright Infringements for Doe #3:  16**

Doe #4

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/17/2012 02:56:05 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/17/2012 02:56:05 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/17/2012 02:56:05 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/17/2012 02:56:05 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/17/2012 02:56:05 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/17/2012 02:56:05 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/17/2012 02:56:05 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/17/2012 02:56:05 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/17/2012 02:56:05 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/17/2012 02:56:05 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/17/2012 02:56:05 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/17/2012 02:56:05 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/17/2012 02:56:05 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/17/2012 02:56:05 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/17/2012 02:56:05 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/17/2012 02:56:05 |

**Total Statutory Copyright Infringements for Doe #4:  16**

Doe #5

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/17/2012 09:37:13 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/17/2012 09:37:13 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/17/2012 09:37:13 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/17/2012 09:37:13 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/17/2012 09:37:13 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/17/2012 09:37:13 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/17/2012 09:37:13 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/17/2012 09:37:13 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/17/2012 09:37:13 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/17/2012 09:37:13 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/17/2012 09:37:13 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/17/2012 09:37:13 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/17/2012 09:37:13 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/17/2012 09:37:13 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/17/2012 09:37:13 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/17/2012 09:37:13 |

**Total Statutory Copyright Infringements for Doe #5:  16**

Doe #6

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/09/2012 11:15:27 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/09/2012 11:15:27 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/09/2012 11:15:27 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/09/2012 11:15:27 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/09/2012 11:15:27 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/09/2012 11:15:27 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/09/2012 11:15:27 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/09/2012 11:15:27 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/09/2012 11:15:27 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/09/2012 11:15:27 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/09/2012 11:15:27 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/09/2012 11:15:27 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/09/2012 11:15:27 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/09/2012 11:15:27 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/09/2012 11:15:27 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/09/2012 11:15:27 |

**Total Statutory Copyright Infringements for Doe #6:  16**

Doe #7

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/11/2012 20:29:17 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/11/2012 20:29:17 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/11/2012 20:29:17 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/11/2012 20:29:17 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/11/2012 20:29:17 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/11/2012 20:29:17 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/11/2012 20:29:17 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/11/2012 20:29:17 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/11/2012 20:29:17 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/11/2012 20:29:17 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/11/2012 20:29:17 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/11/2012 20:29:17 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/11/2012 20:29:17 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/11/2012 20:29:17 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/11/2012 20:29:17 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/11/2012 20:29:17 |

**Total Statutory Copyright Infringements for Doe #7:  16**

Doe #8

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/11/2012 05:35:41 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/11/2012 05:35:41 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/11/2012 05:35:41 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/11/2012 05:35:41 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/11/2012 05:35:41 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/11/2012 05:35:41 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/11/2012 05:35:41 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/11/2012 05:35:41 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/11/2012 05:35:41 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/11/2012 05:35:41 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/11/2012 05:35:41 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/11/2012 05:35:41 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/11/2012 05:35:41 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/11/2012 05:35:41 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/11/2012 05:35:41 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/11/2012 05:35:41 |

**Total Statutory Copyright Infringements for Doe #8:  16**

Doe #9

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/07/2012 04:16:27 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/07/2012 04:16:27 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/07/2012 04:16:27 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/07/2012 04:16:27 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/07/2012 04:16:27 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/07/2012 04:16:27 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/07/2012 04:16:27 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/07/2012 04:16:27 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/07/2012 04:16:27 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/07/2012 04:16:27 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/07/2012 04:16:27 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/07/2012 04:16:27 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/07/2012 04:16:27 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/07/2012 04:16:27 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/07/2012 04:16:27 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/07/2012 04:16:27 |

**Total Statutory Copyright Infringements for Doe #9:  16**

Doe #10

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/06/2012 01:52:36 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/06/2012 01:52:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/06/2012 01:52:36 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/06/2012 01:52:36 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/06/2012 01:52:36 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/06/2012 01:52:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/06/2012 01:52:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/06/2012 01:52:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/06/2012 01:52:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/06/2012 01:52:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/06/2012 01:52:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/06/2012 01:52:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/06/2012 01:52:36 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/06/2012 01:52:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/06/2012 01:52:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/06/2012 01:52:36 |

**Total Statutory Copyright Infringements for Doe #10:  16**

Doe #11

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/21/2012 07:35:49 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/21/2012 07:35:49 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/21/2012 07:35:49 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/21/2012 07:35:49 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/21/2012 07:35:49 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/21/2012 07:35:49 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/21/2012 07:35:49 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/21/2012 07:35:49 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/21/2012 07:35:49 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/21/2012 07:35:49 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/21/2012 07:35:49 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/21/2012 07:35:49 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/21/2012 07:35:49 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/21/2012 07:35:49 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/21/2012 07:35:49 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/21/2012 07:35:49 |

**Total Statutory Copyright Infringements for Doe #11:  16**

Doe #12

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/29/2012 15:47:08 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/29/2012 15:47:08 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/29/2012 15:47:08 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/29/2012 15:47:08 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 03/29/2012 15:47:08 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 03/29/2012 15:47:08 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/29/2012 15:47:08 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/29/2012 15:47:08 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/29/2012 15:47:08 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/29/2012 15:47:08 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/29/2012 15:47:08 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/29/2012 15:47:08 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/29/2012 15:47:08 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 03/29/2012 15:47:08 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 03/29/2012 15:47:08 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/29/2012 15:47:08 |

**Total Statutory Copyright Infringements for Doe #12:  16**

Doe #13

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/16/2012 12:25:31 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/16/2012 12:25:31 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/16/2012 12:25:31 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/16/2012 12:25:31 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 03/16/2012 12:25:31 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 03/16/2012 12:25:31 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/16/2012 12:25:31 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/16/2012 12:25:31 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/16/2012 12:25:31 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/16/2012 12:25:31 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/16/2012 12:25:31 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/16/2012 12:25:31 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/16/2012 12:25:31 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 03/16/2012 12:25:31 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 03/16/2012 12:25:31 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/16/2012 12:25:31 |

**Total Statutory Copyright Infringements for Doe #13:  16**

Doe #14

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/09/2012 04:40:22 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/09/2012 04:40:22 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/09/2012 04:40:22 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/09/2012 04:40:22 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/09/2012 04:40:22 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/09/2012 04:40:22 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/09/2012 04:40:22 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/09/2012 04:40:22 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/09/2012 04:40:22 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/09/2012 04:40:22 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/09/2012 04:40:22 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/09/2012 04:40:22 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/09/2012 04:40:22 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/09/2012 04:40:22 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/09/2012 04:40:22 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/09/2012 04:40:22 |

**Total Statutory Copyright Infringements for Doe #14:  16**

Doe #15

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/14/2012 03:56:52 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/14/2012 03:56:52 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/14/2012 03:56:52 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/14/2012 03:56:52 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/14/2012 03:56:52 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/14/2012 03:56:52 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/14/2012 03:56:52 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/14/2012 03:56:52 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/14/2012 03:56:52 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/14/2012 03:56:52 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/14/2012 03:56:52 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/14/2012 03:56:52 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/14/2012 03:56:52 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/14/2012 03:56:52 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/14/2012 03:56:52 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/14/2012 03:56:52 |

**Total Statutory Copyright Infringements for Doe #15:  16**

Doe #16

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/02/2012 16:03:14 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/02/2012 16:03:14 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/02/2012 16:03:14 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/02/2012 16:03:14 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/02/2012 16:03:14 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/02/2012 16:03:14 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/02/2012 16:03:14 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/02/2012 16:03:14 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/02/2012 16:03:14 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/02/2012 16:03:14 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/02/2012 16:03:14 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/02/2012 16:03:14 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/02/2012 16:03:14 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/02/2012 16:03:14 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/02/2012 16:03:14 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/02/2012 16:03:14 |

**Total Statutory Copyright Infringements for Doe #16:  16**

Doe #17

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/09/2012 06:52:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/09/2012 06:52:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/09/2012 06:52:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/09/2012 06:52:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/09/2012 06:52:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/09/2012 06:52:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/09/2012 06:52:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/09/2012 06:52:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/09/2012 06:52:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/09/2012 06:52:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/09/2012 06:52:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/09/2012 06:52:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/09/2012 06:52:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/09/2012 06:52:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/09/2012 06:52:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/09/2012 06:52:20 |

**Total Statutory Copyright Infringements for Doe #17:  16**

Doe #18

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/10/2012 10:48:21 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/10/2012 10:48:21 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/10/2012 10:48:21 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/10/2012 10:48:21 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/10/2012 10:48:21 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/10/2012 10:48:21 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/10/2012 10:48:21 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/10/2012 10:48:21 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/10/2012 10:48:21 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/10/2012 10:48:21 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/10/2012 10:48:21 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/10/2012 10:48:21 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/10/2012 10:48:21 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/10/2012 10:48:21 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/10/2012 10:48:21 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/10/2012 10:48:21 |

**Total Statutory Copyright Infringements for Doe #18:  16**

Doe #19

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/12/2012 22:16:57 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/12/2012 22:16:57 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/12/2012 22:16:57 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/12/2012 22:16:57 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/12/2012 22:16:57 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/12/2012 22:16:57 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/12/2012 22:16:57 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/12/2012 22:16:57 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/12/2012 22:16:57 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/12/2012 22:16:57 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/12/2012 22:16:57 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/12/2012 22:16:57 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/12/2012 22:16:57 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/12/2012 22:16:57 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/12/2012 22:16:57 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/12/2012 22:16:57 |

**Total Statutory Copyright Infringements for Doe #19:  16**

Doe #20

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/21/2012 09:37:07 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/21/2012 09:37:07 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/21/2012 09:37:07 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/21/2012 09:37:07 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/21/2012 09:37:07 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/21/2012 09:37:07 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/21/2012 09:37:07 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/21/2012 09:37:07 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/21/2012 09:37:07 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/21/2012 09:37:07 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/21/2012 09:37:07 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/21/2012 09:37:07 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/21/2012 09:37:07 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/21/2012 09:37:07 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/21/2012 09:37:07 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/21/2012 09:37:07 |

**Total Statutory Copyright Infringements for Doe #20:  16**

Doe #21

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/09/2012 09:04:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/09/2012 09:04:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/09/2012 09:04:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/09/2012 09:04:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/09/2012 09:04:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/09/2012 09:04:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/09/2012 09:04:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/09/2012 09:04:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/09/2012 09:04:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/09/2012 09:04:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/09/2012 09:04:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/09/2012 09:04:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/09/2012 09:04:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/09/2012 09:04:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/09/2012 09:04:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/09/2012 09:04:37 |

**Total Statutory Copyright Infringements for Doe #21:  16**

Doe #22

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/13/2012 08:30:25 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/13/2012 08:30:25 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/13/2012 08:30:25 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/13/2012 08:30:25 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/13/2012 08:30:25 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/13/2012 08:30:25 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/13/2012 08:30:25 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/13/2012 08:30:25 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/13/2012 08:30:25 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/13/2012 08:30:25 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/13/2012 08:30:25 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/13/2012 08:30:25 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/13/2012 08:30:25 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/13/2012 08:30:25 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/13/2012 08:30:25 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/13/2012 08:30:25 |

**Total Statutory Copyright Infringements for Doe #22:  16**

Doe #23

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/17/2012 21:52:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/17/2012 21:52:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/17/2012 21:52:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/17/2012 21:52:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/17/2012 21:52:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/17/2012 21:52:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/17/2012 21:52:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/17/2012 21:52:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/17/2012 21:52:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/17/2012 21:52:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/17/2012 21:52:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/17/2012 21:52:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/17/2012 21:52:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/17/2012 21:52:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/17/2012 21:52:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/17/2012 21:52:37 |

**Total Statutory Copyright Infringements for Doe #23:  16**

Doe #24

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/17/2012 15:54:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/17/2012 15:54:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/17/2012 15:54:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/17/2012 15:54:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/17/2012 15:54:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/17/2012 15:54:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/17/2012 15:54:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/17/2012 15:54:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/17/2012 15:54:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/17/2012 15:54:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/17/2012 15:54:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/17/2012 15:54:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/17/2012 15:54:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/17/2012 15:54:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/17/2012 15:54:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/17/2012 15:54:37 |

**Total Statutory Copyright Infringements for Doe #24:  16**

Doe #25

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/09/2012 13:53:05 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/09/2012 13:53:05 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/09/2012 13:53:05 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/09/2012 13:53:05 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/09/2012 13:53:05 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/09/2012 13:53:05 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/09/2012 13:53:05 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/09/2012 13:53:05 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/09/2012 13:53:05 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/09/2012 13:53:05 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/09/2012 13:53:05 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/09/2012 13:53:05 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/09/2012 13:53:05 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/09/2012 13:53:05 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/09/2012 13:53:05 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/09/2012 13:53:05 |

**Total Statutory Copyright Infringements for Doe #25:  16**

Doe #26

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/24/2012 07:05:42 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/24/2012 07:05:42 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/24/2012 07:05:42 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/24/2012 07:05:42 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/24/2012 07:05:42 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/24/2012 07:05:42 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/24/2012 07:05:42 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/24/2012 07:05:42 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/24/2012 07:05:42 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/24/2012 07:05:42 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/24/2012 07:05:42 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/24/2012 07:05:42 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/24/2012 07:05:42 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/24/2012 07:05:42 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/24/2012 07:05:42 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/24/2012 07:05:42 |

**Total Statutory Copyright Infringements for Doe #26:  16**

Doe #27

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/14/2012 00:56:40 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/14/2012 00:56:40 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/14/2012 00:56:40 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/14/2012 00:56:40 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/14/2012 00:56:40 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/14/2012 00:56:40 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/14/2012 00:56:40 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/14/2012 00:56:40 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/14/2012 00:56:40 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/14/2012 00:56:40 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/14/2012 00:56:40 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/14/2012 00:56:40 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/14/2012 00:56:40 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/14/2012 00:56:40 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/14/2012 00:56:40 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/14/2012 00:56:40 |

**Total Statutory Copyright Infringements for Doe #27:  16**

Doe #28

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/22/2012 07:27:03 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/22/2012 07:27:03 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/22/2012 07:27:03 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/22/2012 07:27:03 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/22/2012 07:27:03 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/22/2012 07:27:03 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/22/2012 07:27:03 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/22/2012 07:27:03 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/22/2012 07:27:03 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/22/2012 07:27:03 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/22/2012 07:27:03 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/22/2012 07:27:03 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/22/2012 07:27:03 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/22/2012 07:27:03 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/22/2012 07:27:03 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/22/2012 07:27:03 |

**Total Statutory Copyright Infringements for Doe #28:  16**

Doe #29

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/22/2012 07:20:46 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/22/2012 07:20:46 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/22/2012 07:20:46 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/22/2012 07:20:46 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/22/2012 07:20:46 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/22/2012 07:20:46 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/22/2012 07:20:46 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/22/2012 07:20:46 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/22/2012 07:20:46 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/22/2012 07:20:46 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/22/2012 07:20:46 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/22/2012 07:20:46 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/22/2012 07:20:46 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/22/2012 07:20:46 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/22/2012 07:20:46 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/22/2012 07:20:46 |

**Total Statutory Copyright Infringements for Doe #29:  16**

Doe #30

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/15/2012 00:03:23 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/15/2012 00:03:23 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/15/2012 00:03:23 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/15/2012 00:03:23 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/15/2012 00:03:23 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/15/2012 00:03:23 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/15/2012 00:03:23 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/15/2012 00:03:23 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/15/2012 00:03:23 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/15/2012 00:03:23 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/15/2012 00:03:23 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/15/2012 00:03:23 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/15/2012 00:03:23 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/15/2012 00:03:23 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/15/2012 00:03:23 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/15/2012 00:03:23 |

**Total Statutory Copyright Infringements for Doe #30:  16**

Doe #31

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/26/2012 17:11:57 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/26/2012 17:11:57 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/26/2012 17:11:57 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/26/2012 17:11:57 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/26/2012 17:11:57 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/26/2012 17:11:57 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/26/2012 17:11:57 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/26/2012 17:11:57 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/26/2012 17:11:57 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/26/2012 17:11:57 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/26/2012 17:11:57 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/26/2012 17:11:57 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/26/2012 17:11:57 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/26/2012 17:11:57 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/26/2012 17:11:57 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/26/2012 17:11:57 |

**Total Statutory Copyright Infringements for Doe #31:  16**

Doe #32

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/06/2012 16:03:00 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/06/2012 16:03:00 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/06/2012 16:03:00 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/06/2012 16:03:00 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/06/2012 16:03:00 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/06/2012 16:03:00 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/06/2012 16:03:00 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/06/2012 16:03:00 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/06/2012 16:03:00 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/06/2012 16:03:00 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/06/2012 16:03:00 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/06/2012 16:03:00 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/06/2012 16:03:00 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/06/2012 16:03:00 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/06/2012 16:03:00 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/06/2012 16:03:00 |

**Total Statutory Copyright Infringements for Doe #32:  16**